Certificate Number: 05781-PAE-DE-031344817

Bankruptcy Case Number: 18-14110



05781-PAE-DE-031344817

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2018, at 7:30 o'clock AM PDT, Shawn Frederick-beers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 19, 2018              By:    /s/Allison M Geving

                                  Name:  Allison M Geving

                                  Title: President