# Wage Statement

Print | Save as PDF | Decrease Font | Increase Font | Reset Font |



| WAGE STATEMENT | | |
|---|---|---|
| Employee: 616703 | PayDate: | 7/26/2018 |
| | Advice Number: | 025657093 |
| Pay Period Begin: 7/14/2018 | Pay Period End: | 7/20/2018 |
| Location: 00291_Fogelsville, PA | | |

CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100   7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | S | S |
| Allowances | 0 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 272.99 | 6,479.91 |
| Total Taxes and Deductions | 60.91 | 1,414.39 |
| Total Wages | 212.08 | 5,065.52 |
| Net Pay | 19.59 | 851.62 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 80.50 | 2,208.01 |
| TIPS | 192.49 | 4,213.90 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 272.99 | 6,479.91 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 19.57 | 426.87 |
| FICA | 16.93 | 401.75 |
| MEDICARE | 3.96 | 93.95 |
| PENNSYLVANIA TAX | 8.38 | 198.92 |
| PA EIT | 2.72 | 64.63 |
| PA OCCUPATIONAL | 1.00 | 30.00 |
| SUI | 0.16 | 3.86 |
| 401(K) CONTRIB | 8.19 | 194.41 |
| Total | 60.91 | 1,414.39 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 192.49 |
| 0291 WAIT REGULAR | 3.95 | 20.38 | 80.50 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

## MESSAGES / NOTES

Hourly Employee

FEDERAL GROSS WAGES Current( 264.80 ) YTD( 6,285.50 )

FICA GROSS WAGES Current( 272.99 ) YTD( 6,479.91 )

MEDICARE GROSS WAGES Current( 272.99 ) YTD( 6,479.91 )

Need 735.86 more hrs by 9/28/18 to enroll during Open Enrolment. You have 824.14 hrs.

Call 1-888-894-4262 to report acts of internal theft

or text keyword REPORT to 95495.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $13.39

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.300

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
| --- | --- | --- | --- | --- |
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 19.59 | 851.62 |

© 2018 Skylight Financial, Inc  All Rights Reserved [ v2018.7.0] | Terms and Conditions | Privacy Policy

# Wage Statement

Print | Save as PDF | Decrease Font | Increase Font | Reset Font |



| WAGE STATEMENT | | |
|---|---|---|
| Employee: 616703 | PayDate: | 7/19/2018 |
| | Advice Number: | 025589255 |
| Pay Period Begin: 7/7/2018 | Pay Period End: | 7/13/2018 |
| Location: 00291_Fogelsville, PA | | |

CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100   7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | S | S |
| Allowances | 0 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 225.85 | 6,206.92 |
| Total Taxes and Deductions | 49.16 | 1,353.48 |
| Total Wages | 176.69 | 4,853.44 |
| Net Pay | 29.21 | 832.03 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 78.37 | 2,127.51 |
| TIPS | 147.48 | 4,021.41 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 225.85 | 6,206.92 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 14.79 | 407.30 |
| FICA | 14.00 | 384.82 |
| MEDICARE | 3.27 | 89.99 |
| PENNSYLVANIA TAX | 6.93 | 190.54 |
| PA EIT | 2.25 | 61.91 |
| PA OCCUPATIONAL | 1.00 | 29.00 |
| SUI | 0.14 | 3.70 |
| 401(K) CONTRIB | 6.78 | 186.22 |
| Total | 49.16 | 1,353.48 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 147.48 |
| 0291 WAIT REGULAR | 3.95 | 19.84 | 78.37 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

## MESSAGES / NOTES

Hourly Employee

FEDERAL GROSS WAGES Current( 219.07 ) YTD( 6,020.70 )

FICA GROSS WAGES Current( 225.85 ) YTD( 6,206.92 )

MEDICARE GROSS WAGES Current( 225.85 ) YTD( 6,206.92 )

Need 755.7 more hrs by 9/28/18 to enroll during Open Enrolment. You have 804.3 hrs.

Employees must report all hours worked. Call

1-800-333-9566.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $11.38

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.300

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 29.21 | 832.03 |

© 2018 Skylight Financial, Inc  All Rights Reserved [ v2018.7.0] | Terms and Conditions | Privacy Policy

# Wage Statement

Print | Save as PDF | Decrease Font | Increase Font | Reset Font |



| WAGE STATEMENT | | |
|---|---|---|
| Employee: 616703 | PayDate: | 7/12/2018 |
| | Advice Number: | 025521734 |
| Pay Period Begin: 6/30/2018 | Pay Period End: | 7/6/2018 |
| Location: 00291_Fogelsville, PA | | |

CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100    7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | S | S |
| Allowances | 0 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 308.05 | 5,981.07 |
| Total Taxes and Deductions | 70.19 | 1,304.32 |
| Total Wages | 237.86 | 4,676.75 |
| Net Pay | 15.45 | 802.82 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 85.64 | 2,049.14 |
| TIPS | 222.41 | 3,873.93 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 308.05 | 5,981.07 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 23.66 | 392.51 |
| FICA | 19.10 | 370.82 |
| MEDICARE | 4.47 | 86.72 |
| PENNSYLVANIA TAX | 9.46 | 183.61 |
| PA EIT | 3.08 | 59.66 |
| PA OCCUPATIONAL | 1.00 | 28.00 |
| SUI | 0.18 | 3.56 |
| 401(K) CONTRIB | 9.24 | 179.44 |
| Total | 70.19 | 1,304.32 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 222.41 |
| 0291 WAIT REGULAR | 3.95 | 21.68 | 85.64 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

| MESSAGES / NOTES |
|---|

Hourly Employee

FEDERAL GROSS WAGES Current( 298.81 ) YTD( 5,801.63 )

FICA GROSS WAGES Current( 308.05 ) YTD( 5,981.07 )

MEDICARE GROSS WAGES Current( 308.05 ) YTD( 5,981.07 )

Need 799.44 more hrs by 9/28/18 to enroll during Open Enrolment. You have 760.56 hrs.

Employees must report all hours worked. Call

1-800-333-9566.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $14.21

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.300

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 15.45 | 802.82 |

© 2018 Skylight Financial, Inc. All Rights Reserved [ v2018.7.0] | Terms and Conditions | Privacy Policy

# Wage Statement

Print | Save as PDF | Decrease Font | Increase Font | Reset Font |



CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100    7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| WAGE STATEMENT | | |
|---|---|---|
| Employee: 616703 | PayDate: | 7/5/2018 |
| | Advice Number: | 025454075 |
| Pay Period Begin: 6/23/2018 | Pay Period End: | 6/29/2018 |
| Location: 00291_Fogelsville, PA | | |

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | S | S |
| Allowances | 0 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 331.72 | 5,673.02 |
| Total Taxes and Deductions | 76.43 | 1,234.13 |
| Total Wages | 255.29 | 4,438.89 |
| Net Pay | 10.71 | 787.37 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 87.14 | 1,963.50 |
| TIPS | 244.58 | 3,651.52 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 331.72 | 5,673.02 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 26.41 | 368.85 |
| FICA | 20.57 | 351.72 |
| MEDICARE | 4.81 | 82.25 |
| PENNSYLVANIA TAX | 10.18 | 174.15 |
| PA EIT | 3.31 | 56.58 |
| PA OCCUPATIONAL | 1.00 | 27.00 |
| SUI | 0.20 | 3.38 |
| 401(K) CONTRIB | 9.95 | 170.20 |
| | | |
| | | |
| Total | 76.43 | 1,234.13 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 244.58 |
| 0291 WAIT REGULAR | 3.95 | 22.06 | 87.14 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

| MESSAGES / NOTES |
|---|

Hourly Employee

FEDERAL GROSS WAGES Current( 321.77 ) YTD( 5,502.82 )

FICA GROSS WAGES Current( 331.72 ) YTD( 5,673.02 )

MEDICARE GROSS WAGES Current( 331.72 ) YTD( 5,673.02 )

Need 820.99 more hrs by 9/28/18 to enroll during Open Enrolment. You have 739.01 hrs.

Servers must report 100% of tips received.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $15.04

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.300

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO `CREDIT` SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 10.71 | 787.37 |

© 2018 Skylight Financial, Inc. All Rights Reserved [ v2018.7.0] | Terms and Conditions | Privacy Policy

# Wage Statement

Print | Save as PDF | Decrease Font | Increase Font | Reset Font |



| WAGE STATEMENT | | |
|---|---|---|
| Employee: 616703 | PayDate: | 6/28/2018 |
| | Advice Number: | 025386244 |
| Pay Period Begin: 6/16/2018 | Pay Period End: | 6/22/2018 |
| Location: 00291_Fogelsville, PA | | |

CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100   7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | S | S |
| Allowances | 0 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 254.59 | 5,341.30 |
| Total Taxes and Deductions | 56.20 | 1,157.70 |
| Total Wages | 198.39 | 4,183.60 |
| Net Pay | 28.92 | 776.66 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 85.12 | 1,876.36 |
| TIPS | 169.47 | 3,406.94 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 254.59 | 5,341.30 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 17.58 | 342.44 |
| FICA | 15.78 | 331.15 |
| MEDICARE | 3.69 | 77.44 |
| PENNSYLVANIA TAX | 7.82 | 163.97 |
| PA EIT | 2.54 | 53.27 |
| PA OCCUPATIONAL | 1.00 | 26.00 |
| SUI | 0.15 | 3.18 |
| 401(K) CONTRIB | 7.64 | 160.25 |
| | | |
| Total | 56.20 | 1,157.70 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 169.47 |
| 0291 WAIT REGULAR | 3.95 | 21.55 | 85.12 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

| MESSAGES / NOTES |
|---|

Hourly Employee

FEDERAL GROSS WAGES Current( 246.95 ) YTD( 5,181.05 )

FICA GROSS WAGES Current( 254.59 ) YTD( 5,341.30 )

MEDICARE GROSS WAGES Current( 254.59 ) YTD( 5,341.30 )

Need 836.2 more hrs by 9/28/18 to enroll during Open Enrolment. You have 723.76 hrs.

Servers must report 100% of tips received.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $11.81

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.300

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO `CREDIT` SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 28.92 | 776.66 |

© 2018 Skylight Financial, Inc. All Rights Reserved [ v2018.7.0] | Terms and Conditions | Privacy Policy

# Wage Statement

Print | Save as PDF | Decrease Font | Increase Font | Reset Font |



CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100    7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| WAGE STATEMENT | | | |
|---|---|---|---|
| Employee: 616703 | | PayDate: | 6/21/2018 |
| | | Advice Number: | 025319063 |
| Pay Period Begin: 6/9/2018 | | Pay Period End: | 6/15/2018 |
| Location: 00291_Fogelsville, PA | | | |

| TAX DATA | | Federal | State |
|---|---|---|---|
| Tax Status | | S | S |
| Allowances | | 0 | 0 |
| Additional Amount | | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 172.40 | 5,086.71 |
| Total Taxes and Deductions | 36.08 | 1,101.50 |
| Total Wages | 136.32 | 3,985.21 |
| Net Pay | 24.16 | 747.74 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 60.24 | 1,791.24 |
| TIPS | 112.16 | 3,237.47 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 172.40 | 5,086.71 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 9.61 | 324.86 |
| FICA | 10.69 | 315.37 |
| MEDICARE | 2.50 | 73.75 |
| PENNSYLVANIA TAX | 5.29 | 156.15 |
| PA EIT | 1.72 | 50.73 |
| PA OCCUPATIONAL | 1.00 | 25.00 |
| SUI | 0.10 | 3.03 |
| 401(K) CONTRIB | 5.17 | 152.61 |
| Total | 36.08 | 1,101.50 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 112.16 |
| 0291 WAIT REGULAR | 3.95 | 15.25 | 60.24 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

## MESSAGES / NOTES

Hourly Employee

FEDERAL GROSS WAGES Current( 167.23 ) YTD( 4,934.10 )

FICA GROSS WAGES Current( 172.40 ) YTD( 5,086.71 )

MEDICARE GROSS WAGES Current( 172.40 ) YTD( 5,086.71 )

Need 836.24 more hrs by 9/28/18 to enroll during Open Enrolment. You have 723.76 hrs.

Open Door Concerns? Contact Employee Relations at

1-800-333-9566.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $11.30

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.300

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 24.16 | 747.74 |

© 2018 Skylight Financial, Inc  All Rights Reserved [ v2018.7.0] | Terms and Conditions | Privacy Policy

# Wage Statement

Print | Save as PDF | Decrease Font | Increase Font | Reset Font |



| WAGE STATEMENT | | | |
|---|---|---|---|
| Employee: 616703 | | PayDate: | 6/21/2018 |
| | | Advice Number: | 025319063 |
| Pay Period Begin: 6/9/2018 | | Pay Period End: | 6/15/2018 |
| Location: 00291_Fogelsville, PA | | | |

CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100   7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| TAX DATA | | Federal | State |
|---|---|---|---|
| Tax Status | | S | S |
| Allowances | | 0 | 0 |
| Additional Amount | | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 172.40 | 5,086.71 |
| Total Taxes and Deductions | 36.08 | 1,101.50 |
| Total Wages | 136.32 | 3,985.21 |
| Net Pay | 24.16 | 747.74 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 60.24 | 1,791.24 |
| TIPS | 112.16 | 3,237.47 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 172.40 | 5,086.71 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 9.61 | 324.86 |
| FICA | 10.69 | 315.37 |
| MEDICARE | 2.50 | 73.75 |
| PENNSYLVANIA TAX | 5.29 | 156.15 |
| PA EIT | 1.72 | 50.73 |
| PA OCCUPATIONAL | 1.00 | 25.00 |
| SUI | 0.10 | 3.03 |
| 401(K) CONTRIB | 5.17 | 152.61 |
| | | |
| Total | 36.08 | 1,101.50 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 112.16 |
| 0291 WAIT REGULAR | 3.95 | 15.25 | 60.24 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

| MESSAGES / NOTES |
|---|

Hourly Employee

FEDERAL GROSS WAGES Current( 167.23 ) YTD( 4,934.10 )

FICA GROSS WAGES Current( 172.40 ) YTD( 5,086.71 )

MEDICARE GROSS WAGES Current( 172.40 ) YTD( 5,086.71 )

Need 836.24 more hrs by 9/28/18 to enroll during Open Enrolment. You have 723.76 hrs.

Open Door Concerns? Contact Employee Relations at

1-800-333-9566.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $11.30

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.300

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 24.16 | 747.74 |



Old Country Store

CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100    7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| WAGE STATEMENT | | | |
|---|---|---|---|
| Employee: 616703 | PayDate: | | 6/14/2018 |
| | Advice Number: | | 025252287 |
| Pay Period Begin: 6/2/2018 | Pay Period End: | | 6/8/2018 |
| Location: 00291_Fogelsville, PA | | | |

| TAX DATA | Federal | State | |
|---|---|---|---|
| Tax Status | S | S | |
| Allowances | 0 | 0 | |
| Additional Amount | 0.00 | 0.00 | |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 189.67 | 4,914.31 |
| Total Taxes and Deductions | 40.30 | 1,065.42 |
| Total Wages | 149.37 | 3,848.89 |
| Net Pay | 28.17 | 723.58 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 68.47 | 1,731.00 |
| TIPS | 121.20 | 3,125.31 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 189.67 | 4,914.31 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 11.28 | 315.25 |
| FICA | 11.76 | 304.68 |
| MEDICARE | 2.75 | 71.25 |
| PENNSYLVANIA TAX | 5.82 | 150.86 |
| PA EIT | 1.89 | 49.01 |
| PA OCCUPATIONAL | 1.00 | 24.00 |
| SUI | 0.11 | 2.93 |
| 401(K) CONTRIB | 5.69 | 147.44 |
| Total | 40.30 | 1,065.42 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 121.20 |
| 0291 WAIT REGULAR | 3.84 | 17.83 | 68.47 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

| MESSAGES / NOTES |
|---|

Hourly Employee

FEDERAL GROSS WAGES Current( 183.98 ) YTD( 4,766.87 )

FICA GROSS WAGES Current( 189.67 ) YTD( 4,914.31 )

MEDICARE GROSS WAGES Current( 189.67 ) YTD( 4,914.31 )

Need 854.07 more hrs by 9/28/18 to enroll during Open Enrolment. You have 705.93 hrs.

Open Door Concerns? Contact Employee Relations at

1-800-333-9566.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $10.64

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.410

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | |
|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 28.17 | 723.58 |



CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100   7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| WAGE STATEMENT | | | |
|---|---|---|---|
| Employee: 616703 | | PayDate: | 6/7/2018 |
| | | Advice Number: | 025185370 |
| Pay Period Begin: 5/26/2018 | | Pay Period End: | 6/1/2018 |
| Location: 00291_Fogelsville, PA | | | |

| TAX DATA | Federal | State | |
|---|---|---|---|
| Tax Status | S | S | |
| Allowances | 0 | 0 | |
| Additional Amount | 0.00 | 0.00 | |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 180.25 | 4,724.64 |
| Total Taxes and Deductions | 38.01 | 1,025.12 |
| Total Wages | 142.24 | 3,699.52 |
| Net Pay | 25.62 | 695.41 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 63.63 | 1,662.53 |
| TIPS | 116.62 | 3,004.11 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 180.25 | 4,724.64 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 10.37 | 303.97 |
| FICA | 11.18 | 292.92 |
| MEDICARE | 2.61 | 68.50 |
| PENNSYLVANIA TAX | 5.53 | 145.04 |
| PA EIT | 1.80 | 47.12 |
| PA OCCUPATIONAL | 1.00 | 23.00 |
| SUI | 0.11 | 2.82 |
| 401(K) CONTRIB | 5.41 | 141.75 |
| Total | 38.01 | 1,025.12 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 116.62 |
| 0291 WAIT REGULAR | 3.84 | 16.57 | 63.63 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

| MESSAGES / NOTES |
|---|

Hourly Employee

FEDERAL GROSS WAGES Current( 174.84 ) YTD( 4,582.89 )

FICA GROSS WAGES Current( 180.25 ) YTD( 4,724.64 )

MEDICARE GROSS WAGES Current( 180.25 ) YTD( 4,724.64 )

Need 870.64 more hrs by 9/28/18 to enroll during Open Enrolment. You have 689.36 hrs.

Call 1-888-894-4262 to report acts of internal theft

or text keyword REPORT to 95495.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $10.88

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.410

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 25.62 | 695.41 |



CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100    7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| WAGE STATEMENT | | | |
|---|---|---|---|
| Employee: 616703 | PayDate: | | 5/31/2018 |
| | Advice Number: | | 025118521 |
| Pay Period Begin: 5/19/2018 | Pay Period End: | | 5/25/2018 |
| Location: 00291_Fogelsville, PA | | | |

| TAX DATA | Federal | State | |
|---|---|---|---|
| Tax Status | S | S | |
| Allowances | 0 | 0 | |
| Additional Amount | 0.00 | 0.00 | |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 173.89 | 4,544.39 |
| Total Taxes and Deductions | 36.44 | 987.11 |
| Total Wages | 137.45 | 3,557.28 |
| Net Pay | 21.04 | 669.79 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 57.48 | 1,598.90 |
| TIPS | 116.41 | 2,887.49 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 173.89 | 4,544.39 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 9.75 | 293.60 |
| FICA | 10.78 | 281.74 |
| MEDICARE | 2.52 | 65.89 |
| PENNSYLVANIA TAX | 5.34 | 139.51 |
| PA EIT | 1.73 | 45.32 |
| PA OCCUPATIONAL | 1.00 | 22.00 |
| SUI | 0.10 | 2.71 |
| 401(K) CONTRIB | 5.22 | 136.34 |
| | | |
| Total | 36.44 | 987.11 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 116.41 |
| 0291 WAIT REGULAR | 3.84 | 14.97 | 57.48 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

| MESSAGES / NOTES |
|---|

Hourly Employee

FEDERAL GROSS WAGES Current( 168.67 ) YTD( 4,408.05 )

FICA GROSS WAGES Current( 173.89 ) YTD( 4,544.39 )

MEDICARE GROSS WAGES Current( 173.89 ) YTD( 4,544.39 )

Need 885.61 more hrs by 9/28/18 to enroll during Open Enrolment. You have 674.39 hrs.

Call 1-888-894-4262 to report acts of internal theft

or text keyword REPORT to 95495.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $11.62

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.410

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY
EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE
INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER
THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE
REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 21.04 | 669.79 |



CRACKER BARREL OLD COUNTRY STORE, INC.
I-78 & SR100   7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| WAGE STATEMENT | | | |
|---|---|---|---|
| Employee: 616703 | PayDate: | | 5/24/2018 |
| | Advice Number: | | 025050981 |
| Pay Period Begin: 5/12/2018 | Pay Period End: | | 5/18/2018 |
| Location: 00291_Fogelsville, PA | | | |

| TAX DATA | Federal | State | |
|---|---|---|---|
| Tax Status | S | S | |
| Allowances | 0 | 0 | |
| Additional Amount | 0.00 | 0.00 | |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 234.32 | 4,370.50 |
| Total Taxes and Deductions | 51.24 | 950.67 |
| Total Wages | 183.08 | 3,419.83 |
| Net Pay | 26.64 | 648.75 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 77.88 | 1,541.42 |
| TIPS | 156.44 | 2,771.08 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 234.32 | 4,370.50 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 15.61 | 283.85 |
| FICA | 14.53 | 270.96 |
| MEDICARE | 3.40 | 63.37 |
| PENNSYLVANIA TAX | 7.19 | 134.17 |
| PA EIT | 2.34 | 43.59 |
| PA OCCUPATIONAL | 1.00 | 21.00 |
| SUI | 0.14 | 2.61 |
| 401(K) CONTRIB | 7.03 | 131.12 |
| | | |
| Total | 51.24 | 950.67 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 156.44 |
| 0291 WAIT REGULAR | 3.84 | 20.28 | 77.88 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

| MESSAGES / NOTES |
|---|

Hourly Employee

FEDERAL GROSS WAGES Current( 227.29 ) YTD( 4,239.38 )

FICA GROSS WAGES Current( 234.32 ) YTD( 4,370.50 )

MEDICARE GROSS WAGES Current( 234.32 ) YTD( 4,370.50 )

Need 905.89 more hrs by 9/28/2018 to enroll during Open Enrolment. You have 654.11 hrs.

Employees must report all hours worked. Call

1-800-333-9566.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $11.55

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.410

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 26.64 | 648.75 |



**CRACKER BARREL OLD COUNTRY STORE, INC.**
I-78 & SR100    7720 Main Street Suite 19
Fogelsville PA 18051

SHAWN FREDERICK- BEERS
6520 1ST AVE
ALLENTOWN, PA 18106-9301

| WAGE STATEMENT | | | |
|---|---|---|---|
| Employee: 616703 | | PayDate: | 5/17/2018 |
| | | Advice Number: | 024984081 |
| Pay Period Begin: 5/5/2018 | | Pay Period End: | 5/11/2018 |
| Location: 00291_Fogelsville, PA | | | |

| TAX DATA | Federal | State | |
|---|---|---|---|
| Tax Status | S | S | |
| Allowances | 0 | 0 | |
| Additional Amount | 0.00 | 0.00 | |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 138.91 | 4,136.18 |
| Total Taxes and Deductions | 27.87 | 899.43 |
| Total Wages | 111.04 | 3,236.75 |
| Net Pay | 19.09 | 622.11 |

| EARNINGS | | |
|---|---|---|
| Description | Current | Year-to-Date |
| REGULAR | 46.96 | 1,463.54 |
| TIPS | 91.95 | 2,614.64 |
| HOLIDAY | 0.00 | 58.00 |
| Total | 138.91 | 4,136.18 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 6.36 | 268.24 |
| FICA | 8.61 | 256.43 |
| MEDICARE | 2.01 | 59.97 |
| PENNSYLVANIA TAX | 4.26 | 126.98 |
| PA EIT | 1.38 | 41.25 |
| PA OCCUPATIONAL | 1.00 | 20.00 |
| SUI | 0.08 | 2.47 |
| 401(K) CONTRIB | 4.17 | 124.09 |
| Total | 27.87 | 899.43 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0291 WAIT TIPS | 0.00 | 0.00 | 91.95 |
| 0291 WAIT REGULAR | 3.84 | 12.23 | 46.96 |

| VACATION |
|---|
| 3 VAC WKS EARNED 9/19/2017 |
| 0 VAC WKS TO USE BY 9/18/2018 |

### MESSAGES / NOTES

Hourly Employee

FEDERAL GROSS WAGES Current( 134.74 ) YTD( 4,012.09 )

FICA GROSS WAGES Current( 138.91 ) YTD( 4,136.18 )

MEDICARE GROSS WAGES Current( 138.91 ) YTD( 4,136.18 )

Employees must report all hours worked. Call

1-800-333-9566.

YOUR SERVER/SERVER TRAINER EARNINGS PER HOUR FOR LAST

WEEK; INCLUDING TIPS: $11.36

STATE JOB TIP CREDIT TAKEN PER HOUR

PA SERVER $3.410

FEDERAL MINIMUM WAGE LAW ALLOWS EMPLOYERS UNDER CERTAIN CONDITIONS TO 'CREDIT' SOME PORTION OF TIPS RECEIVED BY EMPLOYEES TOWARD THE EMPLOYER'S MINIMUM WAGE OBLIGATION. THIS IS CALLED TAKING A TIP CREDIT. YOUR HOURLY WAGE INFORMATION AND THE AMOUNT OF THE TIP CREDIT TAKEN IS PROVIDED IN THIS WAGE STATEMENT.

YOU HAVE THE RIGHT TO RETAIN ALL THE TIPS YOU RECEIVE. THE TIP CREDIT CLAIMED BY CRACKER BARREL WILL NOT BE GREATER THAN THE TIPS YOU ACTUALLY RECEIVE. THE TIP CREDIT WILL NOT APPLY UNLESS YOU HAVE BEEN INFORMED OF THESE REQUIREMENTS.

Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

| WAGE DISTRIBUTION | | | | |
|---|---|---|---|---|
| Acct Type | Routing# | Account# | Current | Year-to Date |
| CHECKING | XXXX2796 | XXXXX8399 | 19.09 | 622.11 |