United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-14110-ref
Shawn M. Frederick Beers                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 2              Date Rcvd: Dec 06, 2018
                              Form ID: pdf900        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
```
db             Shawn M. Frederick Beers,    6520 1st Ave,    Allentown, PA  18106-9301
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14176301      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14189029       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14125507       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ  08054-7388
14125508       Gregory L Beers,    6520 1st Ave,    Allentown, PA  18106-9301
14125509       JH Portfolio,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
14125510       KML Law Group,    701 Market St,    Ste 5000-BNY Mellon Independence Center,
               Philadelphia, PA  19106-1538
14159943      +M&T BANK,    c/o Stern & Eisenberg PC,    1581 Main Street,    Suite 200,
               Warrington, PA 18976-3403
14125513      +M&T Ban,    1 Fountain Plz,    Buffalo, NY 14203-1495
14162378      +M&T Bank,    c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
               Philadelphia, PA 19106-2312
14125514       M&T Bank Mortgages,    1 Fountain Plz,    Buffalo, NY  14203-1420
14125516      #Penn Credit Corp,    PO Box 988 916 S 14th St.,    Harrisburg, PA  17108-0988
14125517       Upper Macungie Township,    8330 Schantz Rd,    Breinigsville, PA  18031-1510
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2018 03:53:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2018 03:54:00      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14125506       E-mail/Text: bankruptcy@cavps.com Dec 07 2018 03:53:57      Cavalry Portfolio Services LLC,
               PO Box 27288,    Tempe, AZ  85285-7288
14127286      +E-mail/Text: bankruptcy@cavps.com Dec 07 2018 03:53:57      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14128045      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 07 2018 03:53:55      KeyBank N.A.,
               4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
14125511       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2018 03:53:19      Kohls/Capital One,
               PO Box 3115,    Milwaukee, WI  53201-3115
14125512       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2018 03:50:40      LVNV Funding,
               55 Beattie Pl Ste 110,    Greenville, SC  29601-5115
14174657       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2018 03:50:41
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14164107       E-mail/Text: camanagement@mtb.com Dec 07 2018 03:53:25      M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240
14179144      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2018 03:53:49      MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN MI 48090-2011
14125515       E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2018 03:53:49      Midland Funding LLC,
               8875 Aero Dr Ste 200,    San Diego, CA  92123-2255
14126584      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 03:51:03      Synchrony Bank,
               c/o  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14188206*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    PO Box 840,    Buffalo, NY 14240)
14125505      ##Bank Of America,    PO Box 2278,    Norfolk, VA 23501-2278
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Dec 06, 2018
                              Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T BANK cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              LYNN E. FELDMAN    on behalf of Debtor Shawn M. Frederick Beers feldmanfiling@rcn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :

SHAWN M FREDERICK   BEERS

                                                   : Bankruptcy No. 18-14110REF
   Debtor(s)                                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 6, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
221 N CEDAR CREST BLVD
ALLENTOWN PA 18104-

SHAWN M FREDERICK   BEERS
6520 1ST AVE
ALLENTOWN,PA.18106-9301